**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

    v.                16-CR-69-A
                      **ORDER**

JOSE CISNEROS,

    Defendant.

_____

   The Defendant is currently serving a 108-month sentence after pleading guilty to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and § 2252A(b)(2). The Defendant did not appeal his conviction or sentence, nor has he filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

   The Defendant has, however, filed a *pro se* motion for a free copy of his docket sheet. *See* Docket No. 39. He has also filed a motion seeking an order directing his attorney to provide the Defendant with his file. *See* Docket No. 38.

## DISCUSSION

   The Defendant's request for a copy of his docket sheet is governed by 28 U.S.C. § 2250. Section 2250 states that an indigent petitioner may be provided with free "copies of . . . documents or parts of the record on file." The statute, however, applies only "on an[] application for a writ of habeas corpus." *Id.* The Defendant, as noted, has not filed an application for a writ of habeas corpus. The Defendant's motion for a free copy of his docket sheet is, therefore, denied.

   If the Defendant would like a copy of his docket sheet, or any other information contained in his docket, he must pay the appropriate fee to the Clerk of Court. *See* 28 U.S.C. § 1914. The fee for copies of the electronic docket sheet is $ 0.10 per page. The

1

total cost for a copy of the docket sheet in this case is $1.00.  Payment should be forwarded to the Clerk of Court and a copy of the docket will then be mailed to the Defendant.

The Defendant also moves for an order directing his attorney to provide the Defendant with a copy of his file.  *See* Docket No. 38.  To the extent he has not already done so, the Defendant's former counsel shall provide the Defendant with the information in counsel's file to which the Defendant is entitled.  *See Sage Realty Corp. v. Proskauer Rose Goetz & Mendelsohn L.L.P.*, 689 N.E.2d 879, 882-83 (N.Y. 1997).

**SO ORDERED.**

Dated: July 2, 2018                     _s/Richard J. Arcara_
    Buffalo, New York            HONORABLE RICHARD J. ARCARA
                                         UNITED STATES DISTRICT JUDGE